MASANO ♦ BRADLEY
By: Karen H. Cook, Esquire
Attorney Identification No. 47110
875 Berkshire Boulevard, Suite 100
Wyomissing, Pennsylvania 19610
(610) 372-7700

Attorney for Defendant, The Victory Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION FILE<br>)<br>) NO. 23-2576 |
| BENGAL CONVERTING SERVICES, INC.;<br>ENVISTA FORENSICS, LLC.<br>d/b/a AREPA; LINKS DEBT FUND LLC,<br>THE VICTORY BANK AND<br>COHEN & CLARK, P.C., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### **PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of the Defendant, The Victory Bank, in the above-captioned matter. I hereby designate Masano Bradley, 875 Berkshire Boulevard, Suite 100, Wyomissing, Pennsylvania as the address where papers, process and notices in this case may be served.

MASANO ♦ BRADLEY

_/s/ Karen H. Cook_
Karen H. Cook, Esquire
Attorneys for Defendant, The Victory Bank