# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION FILE<br>)<br>) NO. 23-2576 |
| BENGAL CONVERTING SERVICES, INC.;<br>ENVISTA FORENSICS, LLC.<br>d/b/a AREPA; LINKS DEBT FUND LLC,<br>THE VICTORY BANK AND<br>COHEN & CLARK, P.C., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Landmark American Insurance Company, requests that the clerk of court enter default against defendant, Links Debt Fund, LLC, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 20th day of October, 2023.

**McCORMICK & PRIORE, P.C.**

By: /s/ *Christopher S. Regan*
Christopher Regan, Esq. (PA ID #329071)
**McCormick & Priore, P.C.**
Two Commerce Center, Suite 3810
2001 Market Street
Philadelphia, PA 19103
(T) 215-972-0161 / (F) 215-972-5580
cregan@mccormickpriore.com
Attorneys for Plaintiff,
Landmark American Insurance Company

Date: October 20, 2023