IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BENGAL CONVERTING SERVICES, INC., ENVISTA FORENSICS, LLC d/b/a AREPA, LINKS DEBT FUND, LLC, COHEN & CLARK, P.C., <br><br> Defendants. | CIVIL ACTION <br> NO. 23-cv-2576 |

**ORDER**

**AND NOW**, this 24th day of October 2023, upon consideration of Defendant Envista Forensics, LLC, d/b/a AREPA's Motion to Stay Proceedings (Doc. No. 20) and Plaintiff Landmark Insurance Company's Response to Motion to Stay Proceedings (Doc. No. 23), and in accordance with the statements of the Court on the record during a telephone conference with counsel for parties held on October 24, 2023, it is **ORDERED** as follows:

1. Defendant Envista Forensics, LLC, d/b/a AREPA's Motion to Stay Proceedings (Doc. No. 20) is **GRANTED**. This case shall be stayed pending the resolution of the Arbitration Action referenced in the Motion.

2. The Clerk of the Court shall place this case in **SUSPENSE** pending the resolution of the Arbitration Action.

3. Counsel for Bengal Converting Services, Inc., and Envista Forensics, LLC, d/b/a AREPA shall jointly notify the Court by letter filed of record by April 15th, 2024 as to the status of the

1

Arbitration Action. Additionally, if a resolution is reached in the Arbitration Action, the parties shall notify the Court of that event forthwith.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.